UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HAROLD BYRON and GLENDA BYRON,**

      **Plaintiffs,**

v.                                    Case No:  6:14-cv-1370-Orl-41DAB

**NATIONAL RAILROAD PASSENGER CORPORATION,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Amended Petition for Court Approval of Minor Settlement (Doc. 31), wherein Plaintiffs seek judicial approval to settle claims involving a minor child. United States Magistrate Judge David A. Baker submitted a Report and Recommendation (the "R&R," Doc. 39), which recommends approval of the total settlement amount, with the following distributions: $20,000.00 to Plaintiffs' Counsel as fees and costs; $7,500.00 to Plaintiff Glenda Byron ("Mrs. Byron"); and $43,500.00 to purchase a structured annuity to benefit the minor child under terms consistent with the Guardian Ad Litem's recommendations. (*Id.* at 3).

Plaintiffs filed the Response to Magistrate's Proposed Findings and Recommendations (the "Objection to R&R," Doc. 41), which the Court construes as an objection to the R&R. *See* 28 U.S.C. § 636(b)(1). Therein, Plaintiffs take issue with the R&R's denial of a distribution to Plaintiff Harold Byron ("Mr. Byron"), (Objection to R&R at 1–2), which was based on the conclusion that "Mr. Byron's claim has been dismissed," (R&R at 3 n.4). In fact, Mr. Byron's claims were not dismissed in their entirety, (Jan. 14, 2015 Order, Doc. 28, at 6–7), and therefore,

the R&R will be modified to reflect that Mr. Byron will be permitted to share in the $7,500.00 distribution to Mrs. Byron.[1] Thus, to the extent Plaintiffs, through their objection, request that Mr. Byron receive a distribution, that objection will be sustained. To the extent Plaintiffs request that Mr. Byron receive a $3,500.00 disbursement from the minor child's allocation, that objection will be overruled; Plaintiffs have failed to provide any basis for that amount.[2]

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED** and **CONFIRMED**, as modified by this Order.

2. Plaintiffs' Amended Petition for Court Approval of Minor Settlement (Doc. 31) is **GRANTED in part** and **DENIED in part**.

3. The parties' settlement is approved in the total amount, with the following distributions: (1) $20,000.00 to Plaintiffs' Counsel; (2) $7,500.00 to Plaintiffs Glenda and Harold Byron; (3) $43,500.00 to purchase a structured annuity to benefit the minor child under terms consistent with the recommendations of the Guardian Ad Litem.

4. The parties are authorized to execute any releases necessary to effectuate the settlement.

---

[1] A joint distribution to Mr. and Mrs. Byron is consistent with the Guardian Ad Litem's Report. (*See* Report Guardian Ad Litem, Doc. 35, at 2).

[2] To the extent Plaintiffs also request that Defendant "issue two separate drafts," (Objection to R&R at 2), Plaintiffs have failed to elaborate as to the exact relief requested. In any event, decisions regarding the exact method of payment, as opposed to the amount and recipient, are left to the parties.

5. To the extent the Guardian Ad Litem, Brian T. Wilson, was not discharged via the Report and Recommendation, Mr. Wilson is hereby discharged from all responsibilities in this case.

6. This case is **REMANDED** to the Circuit Court for the Seventh Judicial Circuit in and for Volusia County, Florida, Case Number 2014-11482-CIDL, for administration of any guardianship proceedings deemed appropriate or necessary pursuant to state law.

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clerk of Court of the Seventh Judicial Circuit, in and for Volusia County, Florida.